UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:09CR10087-001-WGY |
| JOHN MICHAEL D'ADDIECO, | ) |
| Defendant. | ) |
| and | ) |
| NORTH ATLANTIC STATES CARPENTERS BENEFIT FUNDS, | ) |
| Garnishee. | |

## ASSENTED TO WRIT OF GARNISHMENT

TO:    North Atlantic States Carpenters Benefit Funds
       350 Fordham Road
       Wilmington, MA 01887

The United States of America believes you to be in possession or control of funds or property belonging to the Defendant, John Michael D'Addieco (hereinafter "D'Addieco") and that he has a substantial nonexempt interest.

On January 21, 2010, judgment entered in the United States District Court for the District of Massachusetts against D'Addieco, social security number ***-**-6507, last known address in Winthrop, MA, who is indebted for the judgment amount of $56,659.70.  The current outstanding balance is $6,979.54.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by D'Addieco, including disposable income, and, if so, you must describe such property and the

value of such interest.  You must then describe any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt.  Property that is exempt from this Writ is listed on the attached Claim for Exemption Form.  You must also state the amount of debt, if any, you anticipate owing to D'Addieco in the future and the type of payment schedule.

**<u>You must immediately withhold and retain any property in which D'Addieco has a substantial nonexempt interest and for which you are or may become indebted to D'Addieco pending further order of the Court.  This includes any new property of D'Addieco's over which you obtain control or possession while this Writ is in effect. This Writ shall apply to any and all accounts for which D'Addieco is signatory.</u>**

<u>You must file, **within ten (10) days** of service of this Writ, your original written answer</u> to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210.  You must also serve a copy of your answer to this Writ upon both D'Addieco, located in Winthrop, MA and Carol E. Head, Assistant U.S. Attorney located at the U.S. Attorney's Office, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date.

If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of D'Addieco's nonexempt property. It is illegal to pay or deliver to D'Addieco any item attached by this Writ.

                                                  ROBERT M. FARRELL
                                                  Clerk, United States District Court

        By: _____

                                                   Deputy Clerk

Date:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:09CR10087-001-WGY |
| JOHN MICHAEL D'ADDIECO, | ) |
| Defendant. | ) |
| *and* | ) |
| NORTH ATLANTIC STATES CARPENTERS BENEFIT FUNDS, | ) |
| Garnishee. | ) |

## **ANSWER OF THE GARNISHEE**

_____, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____.
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ (State official title) of Garnishee,

a corporation, organized under the laws of the State of _____.

On _____, 20\_\_\_\_, Garnishee was served with the Writ of

Garnishment.

1. Have there been previous garnishments in effect?    Yes ____    No ____

    If the answer is yes, describe below. _____

    _____

2. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

    | *Description of Property (include full name(s) on accounts)* | *Approximate Value* | *Description of Debtor's Interest in Property* |
    |---|---|---|
    | 1. | | |
    | 2. | | |
    | 3. | | |
    | 4. | | |

3. Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

    | *Amount* | *Estimate date or Period Due* |
    |---|---|
    | 1. $_____ | _____ |
    | 2. $_____ | _____ |
    | 3. $_____ | _____ |
    | 4. $_____ | _____ |

  The Garnishee mailed a copy of this answer by first-class mail to: (1) John Michael D'Addieco (2) Assistant U.S. Attorney Carol E. Head.

                _____
                NORTH ATLANTIC STATES
                CARPENTERS BENEFIT FUNDS
                Garnishee

Subscribed and sworn to before me this _____ day of _____.

                _____
                Notary Public

My Commission expires: